ACCEPTED
06-15-00014-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/9/2015 12:27:54 PM
DEBBIE AUTREY
CLERK



**NORTON & WOOD**
A REGISTERED LIMITED LIABILITY PARTNERSHIP

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/9/2015 12:27:54 PM
DEBBIE AUTREY
Clerk
CAMMY R. KENNEDY

FRED R. NORTON, JR.
Board Certified in Tax Law and
Estate Planning & Probate Law
Texas Board of Legal Specialization

MARSHALL C. WOOD
Board Certified in Personal Injury Trial Law
Texas Board of Legal Specialization

315 Main Street
Post Office Box 1808
Texarkana, Texas 75504-1808
Telephone: 903.823.1321
Facsimile: 903.823.1325
www.nortonandwood.com

April 9, 2015

Clerk, 6th District Court of Appeals
Bi-State Justice Building, No. 20
100 N. State Line Avenue
Texarkana, Texas 75501

Re: *William H. Scurlock v. John M. Hubbard*
Cause No. 06-15-00014-CV; 6th COA, Texas, Texarkana Division

Dear Madam:

This letter will serve to advise that my client, Appellant William H. Scurlock, intends to file a response and objection to Appellee's Motion for Extension of Time to File Appellant's Brief. I would respectfully ask the Court to delay its ruling on said Motion until such time as our response has been received and considered by the Court.

Thank you in advance for your courtesy and assistance with respect to this matter. Should you have any questions or concerns, please do not hesitate to contact me.

Best regards,

Cory J. Floyd

cc: Brent M. Langdon (via email transmission)
Kyle B. Davis (via email transmission)
CJF/ri 2079-001

Solving problems. Seizing opportunities.®